FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-22-00486-CR

**EX PARTE** Elvin Maudiel **LOPEZ DUBON**

From the County Court, Kinney County, Texas
Trial Court No. 10371CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

Pending before the court is appellant's request to file supplemental briefing. We hereby **grant** appellant's request and **order** that appellant's supplemented appellant's brief is accepted as filed. The State's January 23, 2023 brief filed in response to appellant's supplemented appellant's brief is also accepted as filed.

It is so **ORDERED** on January 26, 2023.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT